# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIANE EVERS, STEFON HARRIS, and JOSHUA COLVIN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE TJX COMPANIES, INC., <br><br> Defendant. | Case No. 15-13071 |

## NOTICE OF REMOVAL

Defendant, The TJX Companies, Inc. ("Defendant" or "TJX"), by and through its attorneys, Seyfarth Shaw LLP, hereby files this Notice of Removal of the above-captioned action from the Massachusetts Superior Court, Suffolk County, Civil Action No. BLS-15-2059, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, on the basis of the facts set forth below:

### BACKGROUND

1. On July 8, 2015, Plaintiffs Eliane Evers, Stefon Harris, and Joshua Colvin (collectively, "Plaintiffs") filed a purported class action Complaint in the Business Litigation Session of the Massachusetts Superior Court, Suffolk County, captioned *Evers, et al. v. The TJX Companies, Inc.*, Case No. BLS-15-2059 (the "State Court Action"). Pursuant to 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings and orders that have been served upon TJX in the State Court Action are attached hereto as Exhibit A.

### TIMELINESS OF REMOVAL

2. On July 9, 2015, Plaintiffs' counsel sent TJX's counsel a copy of the Complaint and inquired as to whether TJX's counsel would accept service on behalf of TJX. On July 23, 2015, TJX's counsel accepted service of process on behalf of TJX. *See* Ex. A.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b), as TJX filed this Notice within thirty (30) days of TJX's receipt of Plaintiffs' Complaint by service of process in the State Court Action.

## FEDERAL QUESTION JURISDICTION

4. Under 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action because Plaintiffs assert a claim for violation of federal law. In their Complaint, Plaintiffs allege that Defendant violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681b(b)(2). *See* Compl. ¶¶ 57-59.

6. Because Plaintiffs assert a claim under the laws of the United States, this Court has original federal question jurisdiction over Plaintiffs' action. Accordingly, removal of Plaintiffs' Complaint is proper pursuant to 28 U.S.C. § 1331.

## VENUE

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because this action originally was brought in the Massachusetts Superior Court, Suffolk County, which is within the District of this Court.

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a copy of this Notice of Removal, will be filed with the Clerk of the Massachusetts Superior Court, Suffolk County. All parties will receive a copy of the notice filed with that court.

20473529v.1

9. By filing this Notice of Removal, TJX does not concede nor waive any defense to this action, including that Plaintiffs lack standing to bring this action. TJX reserves all defenses relating to the Court's jurisdiction and the justiciability of this action.

WHEREFORE, for the reasons stated above, Civil Action No. BLS-15-2059, pending in the Massachusetts Superior Court, Suffolk County, hereby is removed to this Court.

**DATED: August 3, 2015**

Respectfully submitted,

DEFENDANT, THE TJX COMPANIES, INC.,

By its attorneys:

/s/ Ariel D. Cudkowicz
Ariel D. Cudkowicz (BBO # 550577)
acudkowicz@seyfarth.com
Lauren S. Wachsman (BBO# 687365)
lwachsman@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Fax: (617) 946-4801

Pamela Q. Devata (application for admission *pro hac vice* forthcoming)
pdevata@seyfarth.com
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000

Gina R. Merrill (application for admission *pro hac vice* forthcoming)
gmerrill@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
(212) 218-5500

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2015, a copy of the foregoing document was filed electronically through the Court's ECF system and served by first class mail, postage pre-paid, on the following counsel for Plaintiffs:

Stuart Rossman
Charles Delbaum
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th floor
Boston, MA 02110

Jeffrey M. Gottlieb
Dana L. Gottlieb
GOTTLIEB & ASSOCIATES
150 East 18th St., Suite PHR
New York, NY 10003

E. Michelle Drake
Daniel C. Bryden
NICHOLAS KASTER PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

/s/ Ariel D. Cudkowicz
Ariel D. Cudkowicz